# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC EL, | No. 2:17-cv-0463-KJM-CKD P |
| Plaintiff, | |
| v. | |
| MICHAEL MARTEL, et al., | **ORDER & WRIT OF HABEAS CORPUS** |
| Defendants. | **AD TESTIFICANDUM** |

Eric El, CDCR # P-13245, a necessary and material witness in a settlement conference in this case on August 29, 2019, is confined in California Health Care Facility, Stockton (CHCF), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Deborah Barnes to appear **by video conference** from his present place of confinement to the U. S. District Court, Courtroom #27, 501 I Street, Sacramento, California 95814, on Thursday, August 29, 2019 at 10:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference **by video conference** at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, CHCF, P.O. Box 32050, Stockton, California 95213:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Barnes at the time and place above, **by video conference**, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: July 18, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE