IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERIC EL,**<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL MARTEL, et al.,**<br><br>Defendants. | Case No. 2:17-cv-00463-KJM-CKD<br><br>**ORDER** |

    The Court, having considered Defendants' motion to modify the scheduling order, and good cause having been shown:

    **IT IS ORDERED:** Defendants' motion is granted. The deadline for filing dispositive motions is August 5, 2020.

Dated: July 7, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1